People v Frank

2026 NY Slip Op 01987

April 1, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Reggie Frank, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 1, 2026

2025-00084, (Ind. No. 1657/18)

Betsy Barros, J.P.

Cheryl E. Chambers

Deborah A. Dowling

Carl J. Landicino

Phillip Hom, JJ.

Patricia Pazner, New York, NY (David P. Greenberg of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Morgan J. Dennehy of counsel; Robert Ho on the memorandum), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Kings County (Raymond L. Rodriguez, J.), imposed December 13, 2024, after remittitur from this Court for resentencing (see People v Frank, 232 AD3d 621), on the ground that the resentence was excessive.

ORDERED that the resentence is affirmed.

The resentence imposed was not excessive (see People v Suitte, 90 AD2d 80).

BARROS, J.P., CHAMBERS, DOWLING, LANDICINO and HOM, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court